IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

SCOTTSDALE INSURANCE COMPANY,

    Plaintiff,

v.

CASE NO.: 1:19-cv-25327-MGC

NATHALIE A. SZEMERE, ENRIQUE BIRNBAUM, MENACHEM CHERUTY, and CHABAD ISRAELI CENTER OF MIAMI, INC.,

    Defendants.

_____/

## JOINT STIPULATION OF DISMISSAL

    Plaintiff, Scottsdale Insurance Company and Defendants, Nathalie A. Szemere, Enrique Birnbaum, Menachem Cheruty, and Chabad Israeli Center of Miami, Inc. ("the Parties"), pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii) and by and through their respective undersigned counsel, hereby jointly stipulate and agree to dismissal of all causes of action between them in this action, with each party to bear its own attorney's fees and costs, conditioned upon the following. This stipulation is conditioned upon the Court's entry of an Order retaining jurisdiction to enforce the terms of the Mutual Release and Settlement Agreement executed by the Parties in this action. Accordingly, the Parties respectfully request that the Court enter an Order retaining jurisdiction to enforce the terms of the Mutual Release and Settlement Agreement executed by the Parties in this action.

    Dated: January 12, 2021.

PHELPS DUNBAR LLP

*/s/ Stella J. Lane*
Stella J. Lane, Esq.,
Florida Bar No. 024942
stella.lane@phelps.com
Amanda S. Keller, Esq.,
Florida Bar No. 123697

amanda.keller@phelps.com
100 South Ashley Drive – Suite 2000
Tampa, Florida 33602
Telephone: (813) 472-7550
Facsimile: (813) 472-7570
*Attorneys for Plaintiff, Scottsdale Insurance Company*

**COLSON HICKS EIDSON**

*/s/ Patrick S. Montoya*
Patrick S. Montoya, Esq.
Florida Bar No. 0524441
patrick@colson.com
yilianne@colson.com
eservice@colson.com
255 Alhambra Circle, PH
Coral Gables, Florida 33134-22351
Telephone: (305) 476-7400
Facsimile: (305) 476-7444
*Attorney for Defendants, Nathalie A. Szemere and Enrique Birnbaum*

**METSCHLAW, P.A.**

*/s/ Lawrence R. Metsch*
Lawrence R. Metsch, Esquire
Florida Bar No. 133162
l.metsch@metsch.com
20801 Biscayne Blvd., Ste. 300
Aventura, FL  33180-1423
Telephone:  (305) 792-2540
Facsimile:  (305) 792-2541
*Counsel for Chabad Israeli Center of Miami and Menachem Cheruty*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 12th day of January 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that the foregoing document is being served this day either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                             */s/ Stella J. Lane*
                                                             Attorney